UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN ATKINS,

    Plaintiff,

v.

J. FAIR, et al.,

    Defendants.
_____/

Case No. 1:22-cv-910

HON. JANE M. BECKERING

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has now moved for a preliminary injunction (ECF No. 36). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 41) on June 28, 2023, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 41) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 36) is DENIED.

Dated: July 27, 2023

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge