UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN ATKINS,

    Plaintiff,

v.

J. FAIR, et al.,

    Defendants.

_____/

Case No. 1:22-cv-910

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the February 13, 2023 Order (ECF No. 17), the October 27, 2023 Order (ECF No. 49), and the Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendants Blair, Erdmans, Beecher, Rewerts, and Washington is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's First Amendment religious exercise and RLUIPA claims against Defendants Ward, Demenov, and Fair, his retaliation claims against Defendants Fair and Blair, and his claims under 42 U.S.C. § 1985 against all remaining Defendants are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendants Ward, Demenov, Hoffman, and Erickson are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Defendant Fair and against Plaintiff.

This action is terminated.

Dated: October 2, 2024  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge